HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Noa_oren@fd.org
MATTHEW BOCKMON, #161566
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_bockmon@fd.org

Attorney for Defendant
JEREMY RAY WARREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-cr-00189 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | Date: December 3, 2015 |
| JEREMY RAY WARREN et al, | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, Dina Santos, attorney for Alyssa Tegan Brulez and Heather Williams, Federal Defender, through Assistant Federal Defenders, Noa E. Oren and Matthew Bockmon, attorneys for Jeremy Ray Warren that the status conference, currently scheduled for  December 3, 2015, be continued to February 4, 2016 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 4, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1 | Counsel and the defendant also agree that the ends of justice served by the Court granting
2 | this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: December 1, 2015

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Jeremy Ray Warren

*/s/ Matthew Bockmon*
MATTHEW BOCKMON
Assistant Federal Defender
Attorney for Jeremy Ray Warren

Dated: December 1, 2015

*/s/ Dina Santos*
DINA SANTOS
Attorney for Alyssa Tegan Brulez

Dated: December 1, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael M. Beckwith*
MICHAEL M. BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 4, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 3, 2015 status conference shall be continued until February 4, 2016, at 9:30 a.m.

Dated:  December 1, 2015

_____
Troy L. Nunley
United States District Judge