UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2: 15-cr-0189-GEB |
| Plaintiff, | **ORDER SEALING DOCUMENTS THAT THE UNITED STATES REQUESTED TO FILE UNDER SEAL IN AN EMAIL SENT TO CHAMBERS ON JANUARY 16, 2017** |
| v. | |
| JEREMY RAY WARREN, et al., | |
| Defendants. | |

On February 16, 2017, the United States filed on the public docket a procedurally untimely notice to file under seal the documents mentioned in that public notice. (ECF No. 60). However, previous more timely notices have been have been filed concerning the same sealing request and therefore the timely notice issue is also considered in light of the previously filed public notices concerning the same sealing request. The sealing motion is granted, and the proposed order that the United States emailed to chambers contains the findings justifying the requested sealing and that order is also filed under seal and the modified version of that order signed by the undersigned judge is also filed under seal.

Dated: February 17, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

1