```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656
 4
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )  CASE NO. 15-189 GEB
                                   )
11              Plaintiff,         )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
12  v.                             )
                                   )  Date:  August 3, 2018
13  JEREMY WARREN,                 )  Time:  9:00 a.m.
                                   )
                                   )  Judge: Hon. Garland E.
14              Defendant.         )  Burrell, Jr.
                                   )
15                                 )
                                   )
16                                 )
                                   )
17                                 )
                                   )
18  _____
19
20      Defendant Jeremy Warren, his undersigned counsel  and
21  plaintiff, United States of America, hereby stipulate through  their
22  respective attorneys to continue the status conference previously  set
23  for June 29, 2018 to August 3, 2018 and that date is  available
24  with the Court.
25      Counsel has recently been appointed on this matter and is in the
          early stages of discovery review and investigation.

    The parties further agree that the  above
                                 1
```

reason constitutes good cause to exclude the time until the August 3, 2018 status conference. Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted

Dated: June 27, 2018

/s/ Shari Rusk
Attorney for Defendant
Jeremy Warren

/s/ Michael Beckwith
Assistant United States Attorney

It is so ordered.

Dated: June 28, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge