McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JEREMY RAY WARREN,<br><br>          Defendant. | CASE NO. 2:15-CR-189 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      A trial confirmation hearing is currently scheduled for February 1, 2019.

2.      A jury trial in this matter is set to begin on March 12, 2019.

3.      By this stipulation, the defendant now moves to vacate the trial confirmation hearing and trial date and set a status conference for March 29, 2019, and to exclude time between February 1, 2019 and March 29, 2019 under the Local Code T-4 (to allow defense counsel time to prepare). The parties agree and stipulate, and request the Court find the following.

        a.  Counsel for the defendant was appointed on May 25, 2018.

        b.  The government has produced approximately 1,300 pages of discovery and 26 audio files.

Stipulation and [Proposed] Order

1

      c.  Counsel for the defendant needs additional time to review the discovery, conduct investigation, interview potential witnesses, and meet with the defendant.

      d.  Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence

      e.  The government does not object to the continuance.

4.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.     For the purpose of computing time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between February 1, 2019 and March 29, 2019 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

///

6.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated:  January 30, 2019

/s/ *Michael M. Beckwith*
MICHAEL M. BECKWITH
Assistant United States Attorney

Dated:  January 30, 2019

/s/ *Shari Rusk*
SHARI RUSK
Attorney for defendant
Jeremy Warren

**FINDINGS AND ORDER**

The Court, having read and considered the parties' Stipulation, which this Court incorporates by reference to this Order in full, hereby finds and orders the following:

1.     The trial confirmation hearing set for February 1, 2019 is vacated;

2.     The jury trial set to begin on March 12, 2019 is vacated;

3.     A status conference is scheduled for March 29, 2019; and

4.     In consideration of the reasons set forth in the parties' Stipulation, the Court finds that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and time between February 1, 2019 and March 29, 2019, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO FOUND AND ORDERED.

Dated:  January 31, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge