```
1   SHARI RUSK, Bar. No. 170313
    Attorney at Law
2   P.O. Box 188945
    Sacramento, California  95818
3   Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 15-189 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | Date: April 26, 2019 |
| JEREMY WARREN, | ) | Time: 9:00 a.m. |
| | ) | |
| | ) | Judge: Hon. Garland E. |
| Defendant. | ) | Burrell, Jr. |

Defendant Jeremy Warren, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for March 29, 2019 to April 26, 2019 and that date is available with the Court.

The parties are engaged in negotiations that might result in A resolution of this matter, obviating the need for a trial. The time is

1

necessary to complete research and investigation.
The parties further agree that the above reason constitutes good cause to exclude the time until the April 26, 2019 status conference. Time should be excluded pursuant to the
Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted

Dated: March 28, 2019  /s/ Shari Rusk
Attorney for Defendant
Jeremy Warren


/s/ Michael Beckwith
Michael Beckwith
Assistant United States Attorney


**ORDER**

It is so ordered.

Dated: March 29, 2019

_____
Hon. Garland E. Burrell, Jr.
United States District Court Judge