MCGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0189 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JEREMY RAY WARREN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 26, 2019.

2. By this stipulation, defendant now moves to continue the status conference until May 10, 2019, and to exclude time between April 26, 2019, and May 10, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has produced approximately 1,300 pages of discovery and 26 audio files.

    b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, interview potential witnesses, meet with the defendant, and review the defendant's legal options. The parties are also engaged in negotiations that might result in a resolution of this

matter.

  c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 26, 2019 to May 10, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 26, 2019         McGREGOR W. SCOTT
                 United States Attorney

                 /s/ MICHAEL M. BECKWITH
                 MICHAEL M. BECKWITH
                 Assistant United States Attorney

Dated: April 26, 2019         /s/ Shari Rusk
                 Shari Rusk
                 Counsel for Defendant
                 JEREMY RAY WARREN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 26, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge