```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656
 4
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )  CASE NO. 2:15-cr-00189-GEB-1
                                   )
11                 Plaintiff,      )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
12  v.                             )
                                   )  Date:   July 12, 2019
13  JEREMY WARREN,                 )  Time:   9:00 a.m.
                                   )
                                   )  Judge:  Hon. Garland E.
14                 Defendant.      )  Burrell, Jr.
                                   )
15                                 )
                                   )
16                                 )
                                   )
17                                 )
                                   )
18  _____
19
20       Defendant Jeremy Warren, his undersigned counsel  and
21  plaintiff, United States of America, hereby stipulate through  their
22  respective attorneys to continue the status conference previously  set
23  for May 31, 2019 to July 12, 2019 and that date is  available
24  with the Court.
25       The parties are engaged in negotiations that might result in
26
    A resolution of this matter, obviating the need for a trial. The time is
```

1

necessary to complete research and investigation.
The parties further agree that the above reason constitutes good cause to exclude the time until the July 12, 2019 status conference.  Time should be excluded pursuant to the
Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted

Dated: May 29, 2019        /s/ Shari Rusk
                                 Attorney for Defendant
                                 Jeremy Warren


                           /s/ Michael Beckwith
                             Michael Beckwith
                           Assistant United States Attorney


**ORDER**

It is so ordered.
                    **Dated:  May 30, 2019**



_____
GARLAND E. BURRELL,
Senior United States