IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY RAY WARREN,<br><br>　　　　　　　Defendant. | CASE NO.  2:15-CR-0189 KJM<br><br>**ORDER.** |

MOVANT'S REQUEST FOR ENLARGEMENT OF TIME to file amended motion and supporting documents having been reviewed and good cause appearing,

IT IS HEREBY ORDERED that movant's amended motion and supporting documents shall be filed on or before July 19, 2023.

Dated:  June 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER                                                             1