PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0189 KJM |
| Plaintiff, | ORDER |
| v. | |
| JEREMY RAY WARREN, | |
| Defendant. | |

In light of the parties' agreement, the IT IS HEREBY ORDERED THAT the current briefing schedule be vacated to allow for discovery.

IT IS FURTHER ORDERED THAT attorney Rusk and/or her defense team will submit to an interview on or before September 20, 2023.

IT IS FURTHER ORDERED THAT the parties will meet and confer by October 6, 2023, as to whether an evidentiary hearing is needed.

IT IS FURTHER ORDERED THAT the parties will file a proposed hearing and/or briefing schedule no later than October 9, 2023.

IT IS SO ORDERED.

DATED: August 29, 2023.

CHIEF UNITED STATES DISTRICT JUDGE