PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0189 KJM |
| Plaintiff, | STATUS UPDATE AND JOINT REQUEST FOR A BRIEFING SCHEDULE; PROPOSED ORDER |
| v. | |
| JEREMY RAY WARREN, | |
| Defendant. | |

On August 29, 2023, the Court ordered the parties to take discovery on or before September 20, 2023. ECF Dkt. No. 283 (order). That task has been accomplished. The Court also ordered the parties to meet and confer by October 6, 2023, as to whether an evidentiary hearing would be needed. That task has been accomplished as well. The parties agree that an evidentiary hearing will not be necessary in light of an affidavit from former attorney, Ms. Rusk. The parties are in the process of drafting an affidavit and working with Ms. Rusk to finalize it. Finally, the Court ordered that the parties file a proposed hearing and/or briefing schedule by October 9, 2023. The parties failed to accomplish that task in a timely manner. This was a joint oversight and the parties apologize. The parties have conferred, however, and propose the following briefing schedule:

        October 30, 2023        Joint affidavit completed

        November 20, 2023       Government's opposition filed

        December 11, 2023       Defendant's reply filed

1  The government provided defense counsel with an opportunity to review this filing and proposed order. Counsel subsequently reviewed both and authorized the government to file them. Accordingly, the parties jointly propose the above briefing schedule.

Dated: October 11, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: */s/ Michael M. Beckwith*
MICHAEL M. BECKWITH
Assistant United States Attorney

## **ORDER**

In light of the parties' agreement, the IT IS HEREBY ORDERED THAT the following briefing schedule be set:

   October 30, 2023   Joint affidavit completed

   November 20, 2023  Government's opposition filed

   December 11, 2023  Defendant's reply filed

IT IS SO ORDERED.

DATED: October 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE