PHILLIP A. TALBERT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY RAY WARREN,<br><br>Defendant. | CASE NO. 2:15-CR-0189 KJM<br><br>STATUS UPDATE AND JOINT REQUEST FOR A MODIFIED BRIEFING SCHEDULE; ORDER |

On October 18, 2023, the Court granted the parties' joint request to modify the briefing schedule. ECF Dkt. No. 285 (order). The parties have been working toward the agreed-upon dates and have conferred on the affidavit in this case. The parties are nearing completion of the affidavit from Mr. Warren's former attorney, Ms. Rusk. While the parties received an unsigned draft affidavit on November 17, they are still working with Ms. Rusk to finalize it. Moreover, on that same day, Mr. Warren's current attorney was in a biking accident. While serious, he is recovering and will be in the office this week. The government has made substantial progress on its opposition but will need the final version of the declaration in order to file. The parties have conferred and propose the following briefing schedule:

| | |
|---|---|
| November 29, 2023 | Joint affidavit completed and signed |
| December 6, 2023 | Government's opposition filed |
| December 21, 2023 | Defendant's reply filed |

The government provided defense counsel with an opportunity to review this filing and proposed order. Counsel subsequently reviewed both and authorized the government to file them. Accordingly, the parties jointly propose the above briefing schedule.

Dated:  November 20, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Michael M. Beckwith

MICHAEL M. BECKWITH
Assistant United States Attorney

# **ORDER**

In light of the parties' agreement, the IT IS HEREBY ORDERED THAT the following briefing schedule be set:

| | |
|---|---|
| November 29, 2023 | Joint affidavit completed and signed |
| December 6, 2023 | Government's opposition filed |
| December 21, 2023 | Defendant's reply filed |

IT IS SO ORDERED.

DATED: November 27, 2023.

CHIEF UNITED STATES DISTRICT JUDGE